IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CULVER, | No. C 10-03484 SI |
| Plaintiff, | **ORDER GRANTING DEFENDANT LEAVE TO RESPOND** |
| v. | |
| ASBESTOS DEFENDANTS (BP), | |
| Defendants. | |

Plaintiff has filed a motion to remand to state court (Docket No. 10), which is scheduled for hearing on November 4, 2010. In support of its opposition to this motion, defendant United States Steel Corporation submitted a transcript of the trial testimony of Charles Cushing. *See* Declaration of David F. Beach, Ex. H. In reply, plaintiff raised a valid evidentiary objection to Cushing's testimony. Defendant may file a response to plaintiff's evidentiary objection by **November 3, 2010**.

**IT IS SO ORDERED.**

Dated: November 2, 2010

SUSAN ILLSTON
United States District Judge