David F. Beach (SBN 094847)
BISHOP | BARRY | DRATH
Watergate Tower III
2000 Powell Street, Suite 1425
Emeryville, CA  94608
Telephone:     (510) 596-0888
Facsimile:     (510) 596-0899
E-mail:        dbeach@bishop-barry.com

Attorneys for Defendant,
UNITED STATES STEEL CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CULVER, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ASBESTOS DEFENDANTS et al.,<br><br>    Defendants. | Case No.: C 10-03484 SI<br><br>[PROPOSED] ORDER CONTINUING THE FEBRUARY 11, 2011 CASE MANAGEMENT CONFERENCE |

The parties have stipulated that due to the Judicial Panel on Multidistrict Litigation Order transferring all asbestos cases pending in the federal courts to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 (MDL Transfer Order), which Order also applies to a "tag-a-long action", which refers to a civil action pending in a district court and involving common questions of facts with actions previously transferred under Section 1407, the parties hereto stipulate to continuing the February 11, 2011 Case Management Conference set for 2:30 p.m., to April 12, 2011, to confirm the transfer from this jurisdiction to the United States District Court, Eastern District of Pennsylvania.

///

///

- 1 -

ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1 | The Court hereby orders that the Case Management Conference is continued to _____
2 | __4/12/11__, 2011 at 2:30 ___ a.m./(p.m.)
3 |
4 |
5 | Dated: __2/8/11__      *Susan Illston*
6 |                        Judge, United States District Court

BISHOP | BARRY | DRATH
A Professional Corporation
Watergate Tower III
2000 Powell Street, Suite 1425
Emeryville, CA 94608
Tel. No. (510) 596-0888   Fax No. (510) 596-0899