David F. Beach (CSB 094847)
Ray Z. Bacerdo (CSB 139221)
BISHOP | BARRY | DRATH
A Professional Corporation
Watergate Tower III
2000 Powell Street, Suite 1425
Emeryville, CA  94608
Telephone:  (510) 596-0888
Facsimile:   (510) 596-0899
E-mail:      rbacerdo@bishop-barry.com

Attorneys for Defendant,
UNITED STATES STEEL CORPORATION

**IT IS SO ORDERED**
*Susan Illston*
Judge Susan Illston

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CULVER as Wrongful Death Heir and as Successor-in-Interest to ROBERT CULVER, Deceased,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ASBESTOS DEFENDANTS (B♦P),<br><br>　　　　　Defendants. | Case No.: C-10-03484 SI<br><br>STIPULATION TO CONTINUE THE APRIL 15, 2011 CASE MANAGEMENT CONFERENCE |

　　　The parties hereby stipulate that due to the Judicial Panel on Multidistrict Litigation Order transferring all asbestos cases pending in the federal courts to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 (MDL Transfer Order), which Order also applies to a "tag-along action," which refers to a civil action pending in a district court and involving common questions of facts with actions previously transferred under Section 1407, the parties hereto stipulate to continuing the

///

///

///

- 1 -

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

April 15, 2011 Case Management Conference set for 2:30 p.m., to June 3, 2011, to confirm the transfer from this jurisdiction to the United States District Court, Eastern District of Pennsylvania.

IT IS SO STIPULATED:

Dated: April 13, 2011

BRAYTON ❖ PURCELL LLP

By _/s/ M. M._____
Richard Grant
Attorneys for Plaintiff
TIMOTHY CULVER

Dated: April 13, 2011

BISHOP | BARRY | DRATH

By _/s/ Ray Z. Bacerdo_____
Ray Z. Bacerdo
Attorneys for Defendant
UNITED STATES STEEL
BISHOP | BARRY | DRATH
A Professional Corporation
Watergate Tower III
2000 Powell Street, Suite 1425
Emeryville, CA 94608
Tel. No. (510) 596-0888  Fax No. (510) 596-0899

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

Timothy Culver, et al. v. Asbestos Defendants (BP), et al.
**United States District Court, Northern District of California**
Case No. C 10-03484 SI

### CERTIFICATE OF SERVICE

I, the undersigned, certify that I am employed in the County of Alameda, State of California, that I am over the age of eighteen years and not a party to the within action. My business address is Bishop | Barry | Drath, 2000 Powell Street, Suite 1425, Emeryville, California 94608. My electronic address is agarcia@bishop-barry.com.

On the date below written I electronically filed the following document with the Clerk of the Court for the United States District Court by using the CM/ECF system: STIPULATION TO CONTINUE THE APRIL 15, 2011 CASE MANAGEMENT CONFERENCE and [PROPOSED] ORDER CONTINUING THE APRIL 15, 2011 CASE MANAGEMENT CONFERENCE.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system: See ECF SERVICE LIST.

__X__   **ELECTRONIC: Pursuant to Court Order, I submitted said document electronically to ECF to be posted to the website, and notice was given to all parties that the document has been served.**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

This declaration was executed on April 14, 2011, at Emeryville, California.


Al Garcia

CERTIFICATE OF SERVICE